FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 0 1 2025

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | FILED UNDER SEAL |
| | § | |
| v. | § | NO. 1:25CR 79 |
| | § | Judge: Crone-Hawthorn |
| DONALD RAY COLLIER | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about March 17, 2025, in the Eastern District of Texas, **Donald Ray Collier**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit: a Bera, Model: Thunder 380, .380 caliber pistol bearing serial number H09016, while knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year.

All in violation of 18 U.S.C. § 922(g)(1).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

**Firearms Forfeiture Allegation**
(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18,

United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g), set forth in Count One of this Indictment, the defendant, **Donald Ray Carter**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense including:

- ; Bera, Model: Thunder 380, .380 caliber pistol bearing serial number H09016
- any associated ammunition.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

_____
RUSSELL E. JAMES
Assistant United States Attorney

10/1/25
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 1:25CR |
| DONALD RAY CARTER | | |

## NOTICE OF PENALTY

### Count One

Violation:    18 U.S.C. § 922(g)(1)

Penalty:    Imprisonment of not more than fifteen (15) years, a fine not to exceed $250,000 or twice the pecuniary gain to the defendant or loss to the victim, or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment:    $ 100.00

Notice of Penalty-Page 1